UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **MICHAEL D. MCDONALD,** | ) |
| **Plaintiff,** | ) |
| v. | ) 1:15-cv-00229-JDL |
| **VERSO PAPER LLC,** | ) |
| **Defendant.** | ) |

**ORDER ADOPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed his Recommended Decision (ECF No. 18) with the court on September 22, 2015, pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).  The time within which to file objections expired October 9, 2015, and no objections have been filed.  The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**.  The defendant's Motion to Dismiss or for More Definite Statement (ECF No. 9) is **DENIED**.

**SO ORDERED.**

Dated this 14th day of October, 2015.

/s/ Jon D. Levy
U.S. DISTRICT JUDGE